## CERTIFICATE OF SERVICE

I, __Richard An_____ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _August 3, 2023_ (date) by:

[X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Jason Luttrell
6322 5th Street NW
Washington, DC 20011

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of the defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare the foregoing is true and correct.

_August 3, 2023_                    _Richard An_
Date                                              Signature

Print Name
  Richard An
Business Address
  2001 L Street, NW, Suite 500, Washington, DC 20036
City                                       State                      Zip