IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-56-ELG |
| | ) | (Chapter 7) |
| JASON DANIEL LUTTRELL | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| SARAH E. KREIGER TRUST, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Case No. 23-10020-ELG |
| | ) | |
| JASON DANIEL LUTTRELL | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **ORDER**

Upon consideration of the Motion to Dismiss (the "Motion") filed by Jason Luttrell (the "Debtor"), the authorities cited therein, any opposition thereto, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the above-captioned adversary proceeding be, and hereby is, DISMISSED WITH PREJUDICE.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
(202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Defendant*