Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
(202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor / Defendant*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-56-ELG |
| | ) | (Chapter 7) |
| JASON DANIEL LUTTRELL | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| SARAH E. KREIGER TRUST, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Case No. 23-10020-ELG |
| | ) | |
| JASON DANIEL LUTTRELL | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEADLINE TO FILE AND SERVE OPPOSITION
TO MOTION TO DISMISS AND OF HEARING THEREUPON**

NOTICE IS HEREBY GIVEN that Jason Daniel Luttrell has filed a motion to dismiss the above-captioned adversary proceeding, asserting the complaint filed by the plaintiffs does not state a claim upon which relief may be granted.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE SEPTEMBER 20, 2023, you must file and serve a written opposition to the motion. The opposition must be filed with

1

the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The opposition must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your opposition.

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for September 27, 2023 at 10:00 AM. The hearing will be held in Courtroom 1 at the foregoing address and via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

Respectfully submitted,

Dated: September 1, 2023

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
(202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Defendant*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of September, 2023, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig