IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-56-ELG |
| | ) | (Chapter 7) |
| JASON DANIEL LUTTRELL | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| SARAH E. KREIGER TRUST, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Case No. 23-10020-ELG |
| | ) | |
| JASON DANIEL LUTTRELL | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**SUPPLEMENT TO MOTION TO DISMISS**

Comes now Jason Daniel Luttrell ("Mr. Luttrell" or the "Debtor"), by and through undersigned counsel, and supplements his previous motion to dismiss (the "Motion," as found at DE #6) as follows:

The Motion indicates the matter of *Kiviti v. Bhatt* to be pending on appeal before the United States Court of Appeals for the Fourth Circuit. *See* Motion, DE #6, at p. 6, n. 2. In so doing, the Motion further observes, "[s]hould a topically-relevant ruling be issued during the pendency of this motion, undersigned counsel will, of course, file a supplement to so inform this Honorable Court." *Id.*

A ruling in the subject appellate case was issued on Thursday, September 14, 2023. The ruling is not topically-relevant. The appellant, however, has now filed a petition for *en banc* review. Should that petition be granted, and an *en banc* review be granted, resulting in a new

1

appellate opinion during the pendency of the Motion (something that is likely a temporal impossibility), a subsequent supplement will be filed to so inform this Honorable Court.

                                                  Respectfully submitted,

Dated: September 20, 2023                By: /s/ Maurice B. VerStandig
                                                            Maurice B. VerStandig, Esq.
                                                            Bar No. MD18071
                                                            The Belmont Firm
                                                            1050 Connecticut Avenue, NW
                                                            Suite 500
                                                           Washington, DC 20036
                                                           (202) 991-1101
                                                           mac@dcbankruptcy.com
                                                           *Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of September, 2023, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                                                 /s/ Maurice B. VerStandig
                                                                                 Maurice B. VerStandig