**22ntcftrn**



In Re: **Krieger et al v. Luttrell**

United States Bankruptcy Court for the District of Columbia

Case No.: **23−10020−ELG**

Chapter: **0**

E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280

www.dcb.uscourts.gov

### NOTICE OF REQUIREMENT TO REVIEW TRANSCRIPT
====================================================

A transcript of the proceeding held on 9/27/2023 was filed on 9/29/2023 . The following deadlines apply:

1. The parties have until 10/6/2023 [seven (7) calendar days from the date of filing of the transcript] to file with the Court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *Request for Redaction* under Fed. R. Bankr. P. 9037 and Local Bankruptcy Rule 9037−1 is 10/20/2023 [21 days from the date of filing of the transcript].

2. If a Request for Redaction is filed, the redacted transcript is due 10/30/2023 [31 days from the date of filing the request for redaction].

3. If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 12/28/2023 [90 calendar days from the date of filing of the transcript] unless extended by Court order.

For the Court:

Angela D. Caesar

Dated: 9/29/23

By:
am

Copies To:
Recipients of Electronic Notifications;
Debtor;
All Parties to the Hearing.

United States Bankruptcy Court

District of Columbia

Krieger,
    Plaintiff

Adv. Proc. No. 23-10020-ELG

Luttrell,
    Defendant

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 29, 2023 | Form ID: ntcftrn | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Jeffrey Rhodes, Tayman Lane Chaverri LLP, 2001 L Street NW, Suite 500, Washington, DC 20036-4955 |
| aty | + | Maurice Belmont VerStandig, The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| ust | + | U.S. Trustee for Region Four, DOJ-Ust, 6305 Ivy Lane, Ste 600, Attn: Jennifer Jacobs, Greenbelt, MD 20770-6305 |
| ust | + | U.S. Trustee for Region Four, United States Trustee, 6305 Ivy Lane, Room 600, Attn: Beth Ellis, Greenbelt, MD 20770-6305 |
| ust | + | U.S. Trustee for Region Four, DOJ-Ust, 101 W. Lombard Street, Suite 2625, Attn: Danielle Brown Baltimore, MD 21201-2668 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Sep 29 2023 23:32:00 | United States Trustee R4_CH7A, Office of the U.S. Trustee, Attn: Mark E. Steven, 115 S. Union St., Ste. 210, Alexandria, VA 22314-3361 |
| ust | + | Email/Text: ustpregion04.no.ecf@usdoj.gov | Sep 29 2023 23:32:00 | United States Trustee R4_CH7B, Office of the U. S. Trustee, Attn: Margaret L. Bloom, 200 Granby Street, Suite 625, Norfolk, VA 23510-1814 |
| ust | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Sep 29 2023 23:32:00 | United States Trustee R4_CH7C, Office of the U.S. Trustee, Attn: Amy Busch, 101 West Lombard St., Suite 2625, Baltimore, MD 21201-2668 |
| ust | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Sep 29 2023 23:32:00 | United States Trustee R4_CH7D, United States Trustee, 6305 Ivy Lane, Room 600, Attn: Brenda Wilmore, Greenbelt, MD 20770-6305 |
| ust | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Sep 29 2023 23:32:00 | United States Trustee R4_CH7E, United States Trustee, 6305 Ivy Lane, Room 600, Attn: Jacquelyn Synder, Greenbelt, MD 20770-6305 |
| ust | + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Sep 29 2023 23:32:00 | United States Trustee R4_CH7H, U. S. Trustee's Office, 101 West Lombard Street, Attn: Susan Balderson, Baltimore, MD 21201-2605 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0090-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 29, 2023 | Form ID: ntcftrn | Total Noticed: 11 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Jeffrey Rhodes | on behalf of Plaintiff Evan Klondar jrhodes@tlclawfirm.com |
| Jeffrey Rhodes | on behalf of Plaintiff Sarah E. Krieger Trust jrhodes@tlclawfirm.com |
| Jeffrey Rhodes | on behalf of Plaintiff Sarah Krieger jrhodes@tlclawfirm.com |
| Maurice Belmont VerStandig | on behalf of Defendant Jason Daniel Luttrell mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 4