# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JASON DANIEL LUTTRELL, ) | Case No. 23-00056-ELG |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| SARAH E. KRIEGER TRUST, SARAH E. ) | |
| KRIEGER AND EVAN KLONDAR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adv. Pro. No. 23-10020-ELG |
| ) | |
| JASON DANIEL LUTTRELL, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING OF CLEAN AND BLACKLINE
## VERSIONS OF FIRST AMENDED COMPLAINT (I) TO DETERMINE
## NON-DISCHARGEABILITY OF DEBT AND (II) OBJECTING TO DISCHARGE

PLEASE TAKE NOTICE that on October 18, 2023, pursuant to the Court's order issued from the bench at the hearing held in the above-captioned adversary proceeding on September 27, 2023, plaintiffs Sarah E. Krieger, Evan Klondar and the Sarah E. Krieger Trust ("Plaintiffs"), filed their First Amended Complaint (I) to Determine Non-Dischargeability of Debt and (II) Objecting to Discharge, at Doc 14 (the "First Amended Complaint"); and

PLEASE TAKE FURTHER NOTICE that a blackline comparison showing revisions in the First Amended Complaint marked against the Complaint (I) to Determine Non-

---

Katie Lane Chaverri (DC Bar No. 502976)
Jeffrey Rhodes (DC Bar No. 456371)
Tayman Lane Chaverri LLP
2001 L Street NW, Suite 500
Washington, DC 20036
kchaverri@tlclawfirm.com (202-695-8146)
jrhodes@tlclawfirm.com (202-921-4080)

Dischargeability of Debt and (II) Objecting to Discharge, filed on July 28, 2023 at Doc 1, is attached hereto as **Exhibit A**.

| | |
|---|---|
| Dated: October 18, 2023 | **TAYMAN LANE CHAVERRI LLP** |
| | */s/ Jeffrey Rhodes* |
| | Katie Lane Chaverri (DC Bar No. 502976) |
| | Jeffrey Rhodes (DC Bar No. 456371) |
| | Tayman Lane Chaverri LLP |
| | 2001 L Street NW, Suite 500 |
| | Washington, DC 20036 |
| | kchaverri@tlclawfirm.com (202-695-8146) |
| | jrhodes@tlclawfirm.com (202-921-4080) |
| | |
| | *Counsel to the Sarah E. Krieger Trust, Sarah E. Krieger and Evan Klondar* |