# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JASON DANIEL LUTTRELL, ) | Case No. 23-00056-ELG |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |
| SARAH E. KRIEGER TRUST, SARAH E. ) | |
| KRIEGER AND EVAN KLONDAR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adv. Pro. No. 23-10020-ELG |
| ) | |
| JASON DANIEL LUTTRELL, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Jeffrey Rhodes, hereby certify that on October 18, 2023, true and correct copies of the (a) First Amended Complaint (I) to Determine Non-Dischargeability of Debt and (II) Objecting to Discharge (Doc 14), and (b) Notice of Filing of Clean and Blackline Versions of First Amended Complaint (I) to Determine Non-Dischargeability of Debt and (II) Objecting to Discharge (Doc 15) were served to all parties of record via CM/ECF.

**[SIGNATURE PAGE FOLLOWS]**

_____
Katie Lane Chaverri (DC Bar No. 502976)
Jeffrey Rhodes (DC Bar No. 456371)
Tayman Lane Chaverri LLP
2001 L Street NW, Suite 500
Washington, DC 20036
kchaverri@tlclawfirm.com (202-695-8146)
jrhodes@tlclawfirm.com (202-921-4080)

Dated: October 18, 2023

**TAYMAN LANE CHAVERRI LLP**

*/s/ Jeffrey Rhodes*
Katie Lane Chaverri (DC Bar No. 502976)
Jeffrey Rhodes (DC Bar No. 456371)
Tayman Lane Chaverri LLP
2001 L Street NW, Suite 500
Washington, DC 20036
kchaverri@tlclawfirm.com (202-695-8146)
jrhodes@tlclawfirm.com (202-921-4080)

*Counsel to the Sarah E. Krieger Trust, Sarah E. Krieger and Evan Klondar*

2