## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| **JASON DANIEL LUTTRELL,** ) | **Case No. 23-00056-ELG** |
| ) | **Chapter 7** |
| Debtor. ) | |
| ) | |
| ) | |
| **SARAH E. KRIEGER TRUST, SARAH E.** ) | |
| **KRIEGER AND EVAN KLONDAR,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Adv. Pro. No. 23-10020-ELG** |
| ) | |
| **JASON DANIEL LUTTRELL,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## MOTION FOR ENTRY OF CLERK'S DEFAULT

Plaintiffs Sarah E. Krieger, Evan Klondar and the Sarah E. Krieger Trust ("Plaintiffs"), by undersigned counsel, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7055 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 7055-1, hereby request that the Clerk enter a default against Defendant Jason Daniel Luttrell ("Defendant") and in support hereof respectfully state as follows:

1.    On July 28, 2023, Plaintiffs filed their *Complaint (I) To Determinate Non-Dischargeability of Debt and (II) Objecting to Discharge* [Doc 1] (the "Original Complaint").

Katie Lane Chaverri (DC Bar No. 502976)
Jeffrey Rhodes (DC Bar No. 456371)
Tayman Lane Chaverri LLP
2001 L Street NW, Suite 500
Washington, DC 20036
kchaverri@tlclawfirm.com (202-695-8146)
jrhodes@tlclawfirm.com (202-921-4080)

2.      On September 1, 2023, Defendant filed a Motion to Dismiss [Doc 6] the Original Complaint.  On September 20, 2023, Plaintiffs filed an Opposition to Motion to Dismiss [Doc 9].

3.      On September 27, 2023, the Court held a hearing on the Defendant's Motion to Dismiss [Doc 10, 11, 12] (the "Hearing").  At the Hearing, the Court granted in part and denied in part the Motion to Dismiss, and ordered from the bench that Plaintiffs file an amended complaint on or before October 18, 2023.

4.      On October 18, 2023, Plaintiffs timely filed their *First Amended Complaint (I) to Determine Non-Dischargeability of Debt and (II) Objecting to Discharge* [Doc 14] (the "First Amended Complaint") and served it upon Mr. Luttrell's counsel of record in this adversary proceeding via the Court's electronic filing system [Doc 16].

5.      Pursuant to Fed. R. Civ. P. 15(a)(3), made applicable to this adversary proceeding pursuant to Fed. R. Bankr. P. 7015, the Defendant was required to file a response to the First Amended Complaint ***within 14 days after service of the amended pleading, i.e. on or before November 1, 2023***.

6.      The Defendant has failed to timely file an answer or otherwise defend within the time required by Fed. R. Civ. P. 15(a)(3).

7.      Rule 55(a) of the Federal Rules of Civil Procedure provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."  Fed. R. Civ. P. 55(a); Fed. R. Bankr. P. 7055.

8.      A proposed Entry of Default is attached hereto as **Exhibit A**.

WHEREFORE, Plaintiffs respectfully request that the Clerk enter Defendant's default.


Dated: November 2, 2023                    **TAYMAN LANE CHAVERRI LLP**

                                           */s/ Katie Lane Chaverri*
                                           Katie Lane Chaverri (DC Bar No. 502976)
                                           Jeffrey Rhodes (DC Bar No. 456371)
                                           Tayman Lane Chaverri LLP
                                           2001 L Street NW, Suite 500
                                           Washington, DC 20036
                                           kchaverri@tlclawfirm.com (202-695-8146)
                                           jrhodes@tlclawfirm.com (202-921-4080)

                                           *Counsel to the Sarah E. Krieger Trust, Sarah E.*
                                           *Krieger and Evan Klondar*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2023, true and correct copies of the foregoing Motion

for Entry of Default with accompanying exhibit was served to all parties of record via CM/ECF.

/s/ Katie Lane Chaverri