IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>**JASON DANIEL LUTTRELL,**<br><br>Debtor. | Case No. 23-00056-ELG<br>Chapter 7 |
| **SARAH E. KRIEGER TRUST, SARAH E. KRIEGER AND EVAN KLONDAR,**<br><br>Plaintiffs,<br><br>v.<br><br>**JASON DANIEL LUTTRELL,**<br><br>Defendant. | Adv. Pro. No. 23-10020-ELG |

## ENTRY OF DEFAULT

It appears from the record that the defendant Jason Daniel Luttrell failed to plead or otherwise defend in this case with respect to the *First Amended Complaint (I) to Determine Non-Dischargeability of Debt and (II) Objecting to Discharge* [Doc 14] (the "First Amended Complaint").

Therefore, default is entered against the defendant as authorized by Federal Rule of Civil Procedure 55 and Federal Rule of Bankruptcy Procedure 7055.

_____
Clerk of the Bankruptcy Court

_____  By: _____
Date                                   Deputy Clerk