The order below is hereby signed.

Signed: December 12 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-00056-ELG |
| | ) | (Chapter 7) |
| JASON DANIEL LUTTRELL | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| SARAH E. KREIGER TRUST, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 23-10020-ELG |
| | ) | |
| JASON DANIEL LUTTRELL | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **SCHEDULING ORDER**

This Scheduling Order sets forth the following critical pre-trial deadlines and hearing dates in this Adversary Proceeding.

1. **Discovery.** Unless modified by order of this court, the following discovery deadlines apply:

   a. The parties agree to not exchange formal disclosures pursuant to Rule 26(a)(1)(A).

    b. The deadline for the parties to complete discovery is on or before April 30, 2024.

    c. The parties shall make the expert witness disclosures required by Fed. R. Civ. P. 26(a)(2), except rebuttal expert witness disclosures, not later than February 15, 2024. Rebuttal expert witness disclosures shall be made not later than March 15, 2024.

    d. The limit on interrogatories shall be controlled by the Federal Rules of Civil Procedure, with there being no express limit on requests for production, requests for admission, or depositions, but with all parties reserving their right to seek protective orders where contextually appropriate (including if presented with an unreasonable number of discovery requests).

2. **Settlement Conference**. Counsel and/or unrepresented parties shall hold at least one settlement conference after the discovery deadline and before the final pre-trial conference to try to settle this matter.

3. **Summary Judgment or Other Dispositive Motions.** All motions for summary judgment or other dispositive motions shall be filed on or before May 15, 2024, responses to such motions shall be filed on or before June 12, 2024, and replies (if any) shall be filed on or before July 10, 2024.

4. **Final Pretrial Conference.** A final pretrial conference will be held on July 10, 2024 at 10:00 a.m., at which a trial date will be scheduled, and deadlines set for filing and exchanging lists of trial witnesses and exhibits and pre-trial statements.

5. **Availability of Mediation.** Pursuant to Local Civil Rule 84.4 of the Local Rules of the United States District Court for the District of Columbia, this case may be assigned to the

Mediation Program by joint request of the parties at any time sufficiently in advance of a scheduled trial as to not delay the trial or by the Court at either the initial or final pretrial conference. To request mediation, the parties must submit a consent order signed by all counsel (or by the parties themselves, if not represented by counsel) requesting referral to the Mediation Program. Pursuant to Local Civil Rule 84.5, after entry of an order referring a case to mediation, the mediation staff will appoint from the Court's panel a mediator who is available during the appropriate period and who has confirmed, following such inquiry as may be appropriate, that no personal or professional conflict precludes his/her participation as mediator. The Circuit Executive's Office will notify the parties of the appointment. The Local Civil Rules governing the Mediation Program shall apply to all matters assigned to the Mediation Program and the parties are encouraged to familiarize themselves with the same.

6. **Settlement**. If the parties reach a settlement, they shall promptly file a motion pursuant to Bankruptcy Rule 9019 requesting approval of the settlement.

7. **Jurisdiction.** The parties, by signing this stipulated scheduling order, consent to the entry of final orders by the Bankruptcy Court in connection with the above-captioned proceeding.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, Suite 500
Washington, DC 20036
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Jason Daniel Luttrell*

/s/ Jeffrey Rhodes
Katie Lane Chaverri (DC Bar No. 502976)
Jeffrey Rhodes (DC Bar No. 456371)
Tayman Lane Chaverri LLP
2001 L Street NW, Suite 500
Washington, DC 20036
kchaverri@tlclawfirm.com (202-695-8146)
jrhodes@tlclawfirm.com (202-921-4080)
*Counsel to the Sarah E. Krieger Trust, Sarah E. Krieger and Evan Klondar*


Copies to: All counsel of record.