The order below is hereby signed.

Signed: December 12 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-00056-ELG |
| | ) | (Chapter 7) |
| JASON DANIEL LUTTRELL | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| SARAH E. KREIGER TRUST, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 23-10020-ELG |
| | ) | |
| JASON DANIEL LUTTRELL | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### **SCHEDULING ORDER**

This Scheduling Order sets forth the following critical pre-trial deadlines and hearing dates in this Adversary Proceeding.

1. **Discovery.** Unless modified by order of this court, the following discovery deadlines apply:

   a. The parties agree to not exchange formal disclosures pursuant to Rule 26(a)(1)(A).

    b. The deadline for the parties to complete discovery is on or before April 30, 2024.

    c. The parties shall make the expert witness disclosures required by Fed. R. Civ. P. 26(a)(2), except rebuttal expert witness disclosures, not later than February 15, 2024. Rebuttal expert witness disclosures shall be made not later than March 15, 2024.

    d. The limit on interrogatories shall be controlled by the Federal Rules of Civil Procedure, with there being no express limit on requests for production, requests for admission, or depositions, but with all parties reserving their right to seek protective orders where contextually appropriate (including if presented with an unreasonable number of discovery requests).

2. **Settlement Conference**. Counsel and/or unrepresented parties shall hold at least one settlement conference after the discovery deadline and before the final pre-trial conference to try to settle this matter.

3. **Summary Judgment or Other Dispositive Motions.** All motions for summary judgment or other dispositive motions shall be filed on or before May 15, 2024, responses to such motions shall be filed on or before June 12, 2024, and replies (if any) shall be filed on or before July 10, 2024.

4. **Final Pretrial Conference.** A final pretrial conference will be held on July 10, 2024 at 10:00 a.m., at which a trial date will be scheduled, and deadlines set for filing and exchanging lists of trial witnesses and exhibits and pre-trial statements.

5. **Availability of Mediation.** Pursuant to Local Civil Rule 84.4 of the Local Rules of the United States District Court for the District of Columbia, this case may be assigned to the

Mediation Program by joint request of the parties at any time sufficiently in advance of a scheduled trial as to not delay the trial or by the Court at either the initial or final pretrial conference. To request mediation, the parties must submit a consent order signed by all counsel (or by the parties themselves, if not represented by counsel) requesting referral to the Mediation Program. Pursuant to Local Civil Rule 84.5, after entry of an order referring a case to mediation, the mediation staff will appoint from the Court's panel a mediator who is available during the appropriate period and who has confirmed, following such inquiry as may be appropriate, that no personal or professional conflict precludes his/her participation as mediator. The Circuit Executive's Office will notify the parties of the appointment. The Local Civil Rules governing the Mediation Program shall apply to all matters assigned to the Mediation Program and the parties are encouraged to familiarize themselves with the same.

6.    **Settlement**.  If the parties reach a settlement, they shall promptly file a motion pursuant to Bankruptcy Rule 9019 requesting approval of the settlement.

7.    **Jurisdiction.** The parties, by signing this stipulated scheduling order, consent to the entry of final orders by the Bankruptcy Court in connection with the above-captioned proceeding.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, Suite 500
Washington, DC 20036
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Jason Daniel Luttrell*

/s/ Jeffrey Rhodes
Katie Lane Chaverri (DC Bar No. 502976)
Jeffrey Rhodes (DC Bar No. 456371)
Tayman Lane Chaverri LLP
2001 L Street NW, Suite 500
Washington, DC 20036
kchaverri@tlclawfirm.com (202-695-8146)
jrhodes@tlclawfirm.com (202-921-4080)
*Counsel to the Sarah E. Krieger Trust, Sarah E. Krieger and Evan Klondar*


Copies to: All counsel of record.

United States Bankruptcy Court

District of Columbia

Krieger,
    Plaintiff

Luttrell,
    Defendant

Adv. Proc. No. 23-10020-ELG

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2
Date Rcvd: Dec 12, 2023     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Dec 12 2023 22:05:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey Rhodes | on behalf of Plaintiff Evan Klondar jrhodes@tlclawfirm.com |
| Jeffrey Rhodes | on behalf of Plaintiff Sarah E. Krieger Trust jrhodes@tlclawfirm.com |
| Jeffrey Rhodes | on behalf of Plaintiff Sarah Krieger jrhodes@tlclawfirm.com |
| Katie Lane Chaverri | on behalf of Plaintiff Sarah E. Krieger Trust kchaverri@tlclawfirm.com dtayman@tlclawfirm.com |

District/off: 0090-1 | User: admin | Page 2 of 2
Date Rcvd: Dec 12, 2023 | Form ID: pdf001 | Total Noticed: 1

Katie Lane Chaverri
                      on behalf of Plaintiff Sarah Krieger kchaverri@tlclawfirm.com  dtayman@tlclawfirm.com

Katie Lane Chaverri
                      on behalf of Plaintiff Evan Klondar kchaverri@tlclawfirm.com  dtayman@tlclawfirm.com

Maurice Belmont VerStandig
                      on behalf of Defendant Jason Daniel Luttrell mac@mbvesq.com
                      lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

TOTAL: 7