The order below is hereby signed.

Signed: July 10 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| In re: | Case No. 23-00056-ELG |
|---|---|
| **Jason Daniel Luttrell,**<br>Debtor. | Chapter 7 |
| **Sarah E. Krieger Trust,** *et al.*,<br>Plaintiff,<br><br>v.<br><br>**Jason Daniel Luttrell,**<br>Defendants. | Adv. Pro. No. 23-10020-ELG |

### **PRETRIAL ORDER**

This Order sets forth the dates and deadlines established at a hearing held on July 10, 2024. The estimated time necessary to conduct the trial of this case is two (2) day (the "Estimated Trial Time"). As promptly as possible, counsel for the parties must advise the Court (1) if the time necessary to conduct the trial will exceed the Estimated Trial Time, or (2) if a settlement is reached in this case.

Therefore, it is hereby ORDERED that the following schedule is established in this adversary proceeding.

1

1. Trial shall be held on **October 7, 2024 and October 8, 2024** (the "**Trial Date**"), at **9:30 a.m.**, in-person in Courtroom 1 of the Prettyman Courthouse, located at 333 Constitution Avenue NW, Washington, DC 20001. Trial may be continued only in exceptional circumstances on motion to and leave of this Court.

2. Counsel for the parties shall meet at a mutually convenient location and make a good faith effort to narrow the issues in the trial and to enter into written stipulations of any uncontroverted facts (the "Stipulation"). The Stipulation (or in lieu thereof, a joint statement of counsel that no agreement as to any uncontroverted facts could be reached) shall be filed with the Court on or before September 16, 2024.

3. On or before September 30, 2024, the parties shall each file with the Clerk a list of proposed exhibits and the proposed exhibits as required by Local Bankruptcy Rule 9070-1. Objections to any proposed exhibit shall be filed on or before October 3, 2024.

4. On or before September 30, 2024, the parties shall file a list of witnesses in accordance with Federal Rules of Bankruptcy Procedure 7026(a)(3)(A) and Local Bankruptcy Rule 9070-1 that Plaintiff intends to call to testify at trial. The list of exhibits and list of witnesses may be combined as set forth in Local Bankruptcy Rule 9070-1(a)(1).

5. The parties shall file a designation of those witnesses whose testimony is expected to be presented by means of a deposition and a redacted transcript of the pertinent portions of the deposition testimony on or before September 23, 2024. Any other party may file counter designations of the redacted portions of the deposition transcript they deem relevant not later than September 30, 2024. Objections to the use under Federal Rule of Bankruptcy Procedure 7032(a) of a deposition so designated by another party shall be filed on or before October 3, 2024.

6. All pre-trial motions, if any, shall be filed on or before September 23, 2024. Objections to any pre-trial motion, if any, shall be filed on or before September 30, 2024.

7. Pursuant to Local Bankruptcy Rule 9019-2, the Court encourages the parties to meet and consult with each other to achieve settlement. The use of mediation as an alternative dispute resolution process in all adversary proceedings, contested and other matters is authorized. A motion for Court approval of non-judicial or neutral mediation is not required. However, such mediation shall not alter any deadlines in an applicable scheduling order absent further order of the Court. The parties should refer to Local Bankruptcy Rule 9019-2 as to alternative dispute resolution options and procedures for participating in the Circuit Court's Mediation Program or by Judicial Mediation.

[Signed and dated above.]

Copies to: All counsel of record.