The order below is hereby signed.

Signed: July 10 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 23-00056-ELG |
| **Jason Daniel Luttrell,** Debtor. | Chapter 7 |
| **Sarah E. Krieger Trust,** *et al.*, Plaintiff, | |
| v. | Adv. Pro. No. 23-10020-ELG |
| **Jason Daniel Luttrell,** Defendants. | |

## PRETRIAL ORDER

This Order sets forth the dates and deadlines established at a hearing held on July 10, 2024. The estimated time necessary to conduct the trial of this case is two (2) day (the "Estimated Trial Time"). As promptly as possible, counsel for the parties must advise the Court (1) if the time necessary to conduct the trial will exceed the Estimated Trial Time, or (2) if a settlement is reached in this case.

Therefore, it is hereby ORDERED that the following schedule is established in this adversary proceeding.

1. Trial shall be held on **October 7, 2024 and October 8, 2024** (the "**Trial Date**"), at **9:30 a.m.**, in-person in Courtroom 1 of the Prettyman Courthouse, located at 333 Constitution Avenue NW, Washington, DC 20001. Trial may be continued only in exceptional circumstances on motion to and leave of this Court.

2. Counsel for the parties shall meet at a mutually convenient location and make a good faith effort to narrow the issues in the trial and to enter into written stipulations of any uncontroverted facts (the "Stipulation"). The Stipulation (or in lieu thereof, a joint statement of counsel that no agreement as to any uncontroverted facts could be reached) shall be filed with the Court on or before September 16, 2024.

3. On or before September 30, 2024, the parties shall each file with the Clerk a list of proposed exhibits and the proposed exhibits as required by Local Bankruptcy Rule 9070-1. Objections to any proposed exhibit shall be filed on or before October 3, 2024.

4. On or before September 30, 2024, the parties shall file a list of witnesses in accordance with Federal Rules of Bankruptcy Procedure 7026(a)(3)(A) and Local Bankruptcy Rule 9070-1 that Plaintiff intends to call to testify at trial. The list of exhibits and list of witnesses may be combined as set forth in Local Bankruptcy Rule 9070-1(a)(1).

5. The parties shall file a designation of those witnesses whose testimony is expected to be presented by means of a deposition and a redacted transcript of the pertinent portions of the deposition testimony on or before September 23, 2024. Any other party may file counter designations of the redacted portions of the deposition transcript they deem relevant not later than September 30, 2024. Objections to the use under Federal Rule of Bankruptcy Procedure 7032(a) of a deposition so designated by another party shall be filed on or before October 3, 2024.

6. All pre-trial motions, if any, shall be filed on or before September 23, 2024. Objections to any pre-trial motion, if any, shall be filed on or before September 30, 2024.

7. Pursuant to Local Bankruptcy Rule 9019-2, the Court encourages the parties to meet and consult with each other to achieve settlement. The use of mediation as an alternative dispute resolution process in all adversary proceedings, contested and other matters is authorized. A motion for Court approval of non-judicial or neutral mediation is not required. However, such mediation shall not alter any deadlines in an applicable scheduling order absent further order of the Court. The parties should refer to Local Bankruptcy Rule 9019-2 as to alternative dispute resolution options and procedures for participating in the Circuit Court's Mediation Program or by Judicial Mediation.

[Signed and dated above.]

Copies to: All counsel of record.

United States Bankruptcy Court

District of Columbia

Krieger,
    Plaintiff

Adv. Proc. No. 23-10020-ELG

Luttrell,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2
Date Rcvd: Jul 10, 2024      Form ID: pdf001      Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| pla | + | Evan Klondar, 1419 S Street NW, Washington, DC 20009, US 20009-3819 |
| dft | + | Jason Daniel Luttrell, 6322 5th Street NW, Washington, DC 20011-1337 |
| pla | + | Sarah E. Krieger Trust, 1419 S Street NW, Washington, DC 20009, US 20009-3819 |
| pla | + | Sarah Krieger, 1419 S Street NW, Washington, DC 20009, US 20009-3819 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Jul 10 2024 21:51:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Jul 10 2024 21:47:30 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 10 2024 21:51:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Jul 10 2024 21:47:31 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: karen.brown@treasury.gov | Jul 10 2024 21:51:00 | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| smg | | Email/Text: atlreorg@sec.gov | Jul 10 2024 21:51:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Jul 10 2024 21:51:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jul 10 2024 21:51:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2024                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey Rhodes | on behalf of Plaintiff Evan Klondar jrhodes@tlclawfirm.com |
| Jeffrey Rhodes | on behalf of Plaintiff Sarah E. Krieger Trust jrhodes@tlclawfirm.com |
| Jeffrey Rhodes | on behalf of Plaintiff Sarah Krieger jrhodes@tlclawfirm.com |
| Katie Lane Chaverri | on behalf of Plaintiff Sarah E. Krieger Trust kchaverri@tlclawfirm.com dtayman@tlclawfirm.com |
| Katie Lane Chaverri | on behalf of Plaintiff Sarah Krieger kchaverri@tlclawfirm.com dtayman@tlclawfirm.com |
| Katie Lane Chaverri | on behalf of Plaintiff Evan Klondar kchaverri@tlclawfirm.com dtayman@tlclawfirm.com |
| Maurice Belmont VerStandig | on behalf of Defendant Jason Daniel Luttrell mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 7