## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JASON DANIEL LUTTRELL, ) | Case No. 23-00056-ELG |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |
| SARAH E. KRIEGER TRUST, SARAH E. ) | |
| KRIEGER AND EVAN KLONDAR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adv. Pro. No. 23-10020-ELG |
| ) | |
| JASON DANIEL LUTTRELL, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFFS' TRIAL DEPOSITION DESIGNATIONS

Plaintiffs Sarah E. Krieger, Evan Klondar and the Sarah E. Krieger Trust hereby submit

the following designations of deposition testimony for use at trial in the above-captioned adversary

proceeding.

Katie Lane Chaverri (DC Bar No. 502976)
Jeffrey Rhodes (DC Bar No. 456371)
Tayman Lane Chaverri LLP
2001 L Street NW, Suite 500
Washington, DC 20036
kchaverri@tlclawfirm.com (202-695-8146)
jrhodes@tlclawfirm.com (202-921-4080)

**Jason Daniel Luttrell, Section 341 Meeting of Creditors, March 30, 2023[1]**

| Start Page:Line | End Page:Line |
|-----------------|---------------|
| 2:13 | 2:24 |
| 3:12 | 3:21 |
| 4:1 | 4:19 |
| 5:17 | 5:25 |
| 6:15 | 6:25 |
| 7:1 | 7:4 |
| 7:20 | 7:25 |
| 8:1 | 8:10 |
| 10:14 | 10:18 |
| 10:24 | 11:7 |
| 16:5 | 16:14 |
| 21:8 | 23:4 |

---

[1] The designated portions of the March 30, 2023 deposition testimony are attached hereto as <u>Exhibit A</u>.

**Jason Daniel Luttrell, Rule 2004 Examination, July 13, 2023[2]**

| Start Page:Line | End Page:Line |
|---|---|
| 17:13 | 21:16 |
| 42:10 | 43:2 |

Dated: September 23, 2024

**TAYMAN LANE CHAVERRI LLP**

*/s/ Jeffrey Rhodes*
Katie Lane Chaverri (DC Bar No. 502976)
Jeffrey Rhodes (DC Bar No. 456371)
Tayman Lane Chaverri LLP
2001 L Street NW, Suite 500
Washington, DC 20036
kchaverri@tlclawfirm.com (202-695-8146)
jrhodes@tlclawfirm.com (202-921-4080)

*Counsel to the Sarah E. Krieger Trust, Sarah E.
Krieger and Evan Klondar*

---

[2] The designated portions of the July 13, 2023 deposition testimony are attached hereto as <u>Exhibit B.</u>

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

In Re:                          .  Case No. 23-00056-ELG
                                .  Chapter 7
JASON DANIEL LUTTRELL,          .
                                .  Washington, D.C.
            Debtor.             .  March 30, 2023
. . . . . . . . . . . . . .  .

MEETING OF THE CREDITORS
PURSUANT TO SECTION 341 OF THE BANKRUPTCY CODE
BEFORE BRYAN S. ROSS,
OFFICE OF UNITED STATES TRUSTEE

APPEARANCES (TELEPHONICALLY):

For the Debtor:          The VerStandig Law Firm, LLC
                         By: MAURICE BELMONT VERSTANDIG, ESQ.
                         1452 W. Horizon Ridge Parkway
                         Suite 665
                         Henderson, Nevada 89012

For Bryan S. Ross,       McNamee Hosea, P.A.
Trustee:                 By: JUSTIN PHILIP FASANO, ESQ.
                         6404 Ivy Lane
                         Suite 820
                         Greenbelt, Maryland 22070

For Sarah E. Krieger     Tayman Lane Chaverri LLP
Trust, Sarah Krieger,    By: KATIE LANE CHAVERRI, ESQ.
and by Evan Klondar:     2001 L Street NW
                         Suite 500
                         Washington, District Of Columbia
                         20036

Proceedings recorded by electronic sound recording.
Transcript produced by transcription service.



Colloquy

1          (Proceedings commenced)

2          MR. ROSS:  Okay.  This is the case of Jason Luttrell,

3     23-00056.

4          Mr. Luttrell, do you want to raise your right hand?

5          (Debtor sworn.)

6          THE COURT:  Counselor, do you want to identify

7     yourself?

8          MR. VERSTANDIG:  Maurice VerStandig for Jason

9     Luttrell, whose identity I have verified.

10          MR. ROSS:  Okay.  Mr. Luttrell, do you still live at

11     the same address as when you filed your case?

12          MR. LUTTRELL:  I do.

13          MR. ROSS:  And did you review the bankruptcy papers

14     that your attorney prepared?

15          MR. LUTTRELL:  I did.

16          MR. ROSS:  And did you personally sign the paperwork?

17          MR. LUTTRELL:  I did.

18          MR. ROSS:  Are there any errors, omissions, or changes

19     you want to bring to my attention?

20          MR. LUTTRELL:  There are not.

21          MR. ROSS:  Did you list all of your assets?

22          MR. LUTTRELL:  Yes.

23          MR. ROSS:  Did you list all your bills?

24          MR. LUTTRELL:  Yes.

25          MR. ROSS:  Have you ever filed for bankruptcy before?



Colloquy

1           MR. LUTTRELL:  No.

2           MR. ROSS:  You completed form interrogatories, which

3    you signed under penalty of perjury.  Is the information on

4    here true and correct?

5           MR. LUTTRELL:  It is.

6           MR. ROSS:  All right.  I have a few questions, and

7    then I'll let my attorney -- Mr. Fasano has a few questions

8    also.

9           I understand that you do not have a bank account in

10   your own name?

11          MR. LUTTRELL:  That's correct.

12          MR. ROSS:  And that you're married and you deposit

13   your monies into your wife's checking account or savings

14   account.  How does that work?

15          MR. LUTTRELL:  Yeah, so when I -- I owned my own

16   business for over ten years.  And so when we got married --

17   well, we were married once I had that, but I was -- I paid

18   myself inconsistently, and so we never had a joint checking

19   account.  And so when I took a W-2 job in 2020, that was when I

20   started depositing regularly into, you know, for direct

21   payroll.

22          MR. ROSS:  And what's typically -- what's your take-

23   home?

24          MR. LUTTRELL:  It's about 5,000 a month, I believe;

25   2,800 every two weeks.



Colloquy

1          MR. ROSS:  Okay.  And the monies that you've been

2     putting in there, then how are they disburse?  Where do they

3     go?

4          MR. LUTTRELL:  Just to pay general bills.

5          MR. ROSS:  Okay.  And you have a mortgage.  Now, the

6     real estate's owned by your wife; is that correct?

7          MR. LUTTRELL:  That's correct.

8          MR. ROSS:  And so are the monies used to pay the

9     mortgage?

10         MR. LUTTRELL:  Yes.

11         MR. ROSS:  Okay.  And I noticed that it looks like

12    your wife bought this house in February of 2013; does that

13    sound about right?

14         MR. LUTTRELL:  Yes.  Yep, that sounds right.

15         MR. ROSS:  And I also noticed that it looks like there

16    was a refinance put on there on December 21, 2020 for 345,000.

17    So did you guys get some money out of that after the first

18    trust was paid off?

19         MR. LUTTRELL:  We did.

20         MR. ROSS:  Okay.  And where did those -- better yet,

21    I'm going to ask for a few things.  I hate to --

22         MR. FASANO:  It's your prerogative.

23         MR. ROSS:  I hate to ask.  But Mr. Luttrell, if you

24    could get me the bank statements for December 2020 and January

25    2021, that would be appreciated.  Okay?

Colloquy

1          MR. LUTTRELL:  Okay.

2          MR. ROSS:  And then I noticed another trust was placed

3    on the house September 15th, 2021, so if you could get me the

4    bank statement for September 2021 and October 2021, that would

5    be appreciated also.  Okay?

6          MR. LUTTRELL:  Can you clarify what you mean by trust

7    on the house?

8          MR. ROSS:  Well, it looks like you refinanced the

9    property and got a new --

10         MR. LUTTRELL:  Oh, I think you're referring to the

11   line of credit.

12         MR. ROSS:  Okay.

13         MR. LUTTRELL:  Okay.

14         MR. ROSS:  But if you could get me those bank

15   statements, that would be good.

16         MR. LUTTRELL:  Absolutely.

17         MR. ROSS:  All right.  Now, you said that you're a

18   contractor or were a contractor?

19         MR. LUTTRELL:  Correct.

20         MR. ROSS:  And you had set up an LLC?

21         MR. LUTTRELL:  Yes.

22         MR. ROSS:  And is that LLC still doing business?

23         MR. LUTTRELL:  It is not.

24         MR. ROSS:  All right.  And when did it cease?

25         MR. LUTTRELL:  Middle of 2020.



Colloquy

1        MR. ROSS:  Justin, I don't have any more questions

2    right now.  Do you have anything you would like to ask?

3        MR. FASANO:  Yes.  Good Morning, Mr. Luttrell.  My

4    name's Justin Fasano.  I represent Mr. Ross.  When was the last

5    time you had a bank account in your personal name?

6        MR. LUTTRELL:  Wells Fargo, I believe, closed the

7    account, my personal account, at the end of 2019.

8        MR. FASANO:  Okay.  Do you recall how much money you

9    had in it at that time?

10        MR. LUTTRELL:  It was closed because there was no

11    money in it.

12        MR. FASANO:  Okay.  Your company's name was Review

13    Development?

14        MR. LUTTRELL:  Correct.

15        MR. FASANO:  Okay.  When did Review Development close

16    its bank account?

17        MR. LUTTRELL:  It would have been about the middle of

18    2020, maybe late, early 2021.  I would have to go back and

19    look.

20        MR. FASANO:  So it was a little bit after it stopped

21    business; is that your recollection?

22        MR. LUTTRELL:  Yeah, that's correct.

23        MR. FASANO:  Okay.  Did Review Development pay your

24    personal bills?

25        MR. LUTTRELL:  No.



Colloquy

1        MR. FASANO:  What was the money in Review Development

2   used for?

3        MR. LUTTRELL:  Payroll, rent -- I had a shop; I had

4   five employees -- business expenses, things like that.

5        MR. FASANO:  You were the sole owner of Review

6   Development?

7        MR. LUTTRELL:  Correct.

8        MR. FASANO:  Okay.  I lost my train of thought.  Where

9   did Review Development keep bank accounts?

10        MR. LUTTRELL:  Bank of America.

11        MR. FASANO:  Okay.  Well, did you ever bank at any

12   other banks besides Bank of America and Wells Fargo?

13        MR. LUTTRELL:  No.

14        MR. FASANO:  Okay.  Did you pay yourself from Review

15   Development a salary?

16        MR. LUTTRELL:  It wasn't -- I wouldn't say it was a

17   salary.  I did pay myself.

18        MR. FASANO:  In the form of draws?

19        MR. LUTTRELL:  Yep.

20        MR. FASANO:  Okay.  When was the last time you took a

21   draw from Review Development?

22        MR. LUTTRELL:  2019.

23        MR. FASANO:  And would that money have gone into the

24   Wells Fargo bank account?

25        MR. LUTTRELL:  Yes.



Colloquy

1    MR. FASANO:  Okay.  How did you pay your personal

2  bills after the Wells Fargo bank account was closed?

3    MR. LUTTRELL:  I had -- that's when I had gotten a --

4  a W-2 job, and the money was going into my wife's account.

5    MR. FASANO:  Okay.  So if you had a personal expense

6  that related only to you, it would come out of your wife's bank

7  account?

8    MR. LUTTRELL:  Yes.  Or it would have -- well, yeah,

9  it would have gone on our credit card and then been paid from

10  the wife's account.

11    MR. FASANO:  Okay.  Do you ever use something like

12  PayPal or Venmo?

13    MR. LUTTRELL:  No.  I have -- I have a PayPal account.

14  I've never -- I haven't used it unless it was, you know,

15  required for something small.

16    MR. FASANO:  You don't maintain a balance in that

17  account?

18    MR. LUTTRELL:  No.

19    MR. FASANO:  Okay.  Cash App, anything like that?

20    MR. LUTTRELL:  No.

21    MR. FASANO:  Okay.  Any crypto currency?

22    MR. LUTTRELL:  None.

23    MR. FASANO:  Okay.  You said your take-home was $2,800

24  a month -- $2,800 every two weeks; is that right?

25    MR. LUTTRELL:  I believe that is correct, yeah.



Colloquy

1          MR. ROSS:  Yes.

2          MS. CHAVERRI:  Okay.

3          MR. ROSS:  You seemed perfectly fine at all times.  Do

4    you have any questions you would like to ask?

5          MS. CHAVERRI:  Yes, please, if I may.

6          MR. ROSS:  Yep.

7          MS. CHAVERRI:  Good morning, Mr. Luttrell.  My name's

8    Katie Chaverri.  I represent the judgment creditors, Sarah E.

9    Krieger Trust, Sarah Krieger, and her husband, Evan Klondar.

10          I have a bunch of questions about -- first of all

11   about the bank accounts.  I believe you stated that you

12   currently have no bank accounts; is that correct?

13          MR. LUTTRELL:  That's correct.

14          MS. CHAVERRI:  When was the last time that you had a

15   personal bank account?

16          MR. LUTTRELL:  2019.

17          MS. CHAVERRI:  And where was that bank account?

18          MR. LUTTRELL:  At Wells Fargo.

19          MS. CHAVERRI:  Did you only have one account at Wells

20   Fargo?

21          MR. LUTTRELL:  I had a checking account and a savings

22   account.  I'm pretty sure that the savings account would have

23   been closed in, like, 2017 or something like that.

24          MS. CHAVERRI:  Okay.  In 2019, which funds or what

25   types of funds traveled into the Wells Fargo account?

Colloquy

1      MR. LUTTRELL:  It pretty much only would have been

2   something -- a draw from my company, Review Development, to

3   myself, unless, like, maybe my mom, you know, gave me a gift or

4   something like that.

5      MS. CHAVERRI:  Okay.  And what did you use the Wells

6   Fargo checking account to pay for at that time, in 2019?

7      MR. LUTTRELL:  Just personal expenses.  At the time --

8      MS. CHAVERRI:  Did you --

9      MR. LUTTRELL:  At the time, my wife and I were, like,

10  splitting -- we had a lot of split expenses before our

11  daughter -- my daughter was born.  So you know, let's say

12  Netflix would be an example.  I think I was covering the

13  Netflix bill and things like that.

14      MS. CHAVERRI:  Got it.  And when I -- excuse me.  When

15  did you and your wife get married?

16      MR. LUTTRELL:  2012.

17      MS. CHAVERRI:  Okay.  It's been a while.  And did you

18  have any other personal bank accounts in 2019, other than the

19  Wells Fargo accounts?

20      MR. LUTTRELL:  I did not.

21      MS. CHAVERRI:  Okay.  How about in 2018?

22      MR. LUTTRELL:  I -- I had a Charles Schwab account at

23  some point.  I think it was before 2018.

24      MS. CHAVERRI:  Okay.

25      MR. LUTTRELL:  I think that probably goes to, like,



16

Colloquy

1          MS. CHAVERRI:  Okay.  And did you ever have a 401(k)

2   or a retirement account while at --

3          MR. LUTTRELL:  No.

4          MS. CHAVERRI:  -- Review?  No?  Okay.

5          And you said that Review Development didn't pay your

6   personal bills; is that right?

7          MR. LUTTRELL:  Not regularly.

8          MS. CHAVERRI:  Okay.  So can you expand on any bills

9   that you can recall that Review would pay?

10         MR. LUTTRELL:  Like, just regular personal expenses.

11         MS. CHAVERRI:  Um-hum.  As opposed to business

12  expenses?

13         MR. LUTTRELL:  Right.  Not that I can recall at the

14  moment.  I mean, it wasn't a regular occurrence.

15         MS. CHAVERRI:  Okay.  How about the Silverado?  Did

16  Review Development pay the car payment --

17         MR. LUTTRELL: Yeah.

18         MS. CHAVERRI:  -- on the Silverado?

19         MR. LUTTRELL:  It did.  It did.

20         MS. CHAVERRI:  Okay.  And who is --

21         MR. LUTTRELL:  I always -- it was always treated as

22  a -- as a company expense.

23         MS. CHAVERRI:  But however, on the schedules, it says

24  that the Silverado belongs to yourself, at least by title; is

25  that right?

Colloquy

1          MS. CHAVERRI:  Who's the manufacturer of those bikes?

2          MR. LUTTRELL:  Cannondale, Niner, Specialized, and

3      Giant.

4          MS. CHAVERRI:  What was the first one?

5          MR. LUTTRELL:  Cannondale.

6          MS. CHAVERRI:  Cannondale?

7          MR. LUTTRELL:  Um-hum.

8          MS. CHAVERRI:  Okay.  Thanks.  You list that you have

9      jewelry, a wedding band.  Do you own any watches?

10          MR. LUTTRELL:  I own an Apple watch.

11          MS. CHAVERRI:  Okay.  I didn't see that listed on your

12      schedules.  Can you tell me when, approximately, you purchased

13      that?

14          MR. LUTTRELL:  2020.

15          MS. CHAVERRI:  Okay.

16          MR. LUTTRELL:  It's a Series 3.

17          MS. CHAVERRI:  Got you.  Okay.  All right.  So you've

18      testified that you deposit your paychecks into your wife's

19      account, and that you've done that since you became a W-2

20      employee.  Do you oversee your wife's utilization of the funds

21      that are now deposited into her account?

22          MR. LUTTRELL:  I mean, I oversee it to the extent that

23      we discuss budgets and money once a week.

24          MS. CHAVERRI:  Okay.

25          MR. LUTTRELL:  So I don't transfer money or anything



22

Colloquy

1  like that.  She -- she takes care of that.

2        MS. CHAVERRI:  You mentioned earlier that your wife --

3  in the past, your wife would put business expenses on her

4  credit card, and then Review Development would pay those credit

5  cards, right?

6        MR. LUTTRELL:  No.  So that was in -- that was what

7  was coming out of my Wells Fargo account.

8        MS. CHAVERRI:  Uh-huh.

9        MR. LUTTRELL:  So if she made an --

10        MS. CHAVERRI:  Oh, okay.

11        MR. LUTTRELL:  If she went and bought something, then

12  my Wells Fargo account would cover that, that expense.

13        MS. CHAVERRI:  I see.  Okay.

14        MR. LUTTRELL:  Yeah.

15        MS. CHAVERRI:  So how do you transact business on a

16  daily basis?  Like, if you were to go to the grocery store and

17  buy something, how would you pay for that?

18        MR. LUTTRELL:  We have a credit card.

19        MS. CHAVERRI:  Okay.  Now --

20        MR. LUTTRELL:  It's in my wife's name.

21        MS. CHAVERRI:  Now, is that -- sorry?

22        MR. LUTTRELL:  It's in my wife's name, the credit

23  cards.

24        MS. CHAVERRI:  Okay.  And so do you use a supplemental

25  card on that same account?



Colloquy

1          MR. LUTTRELL:  It has my name on it, correct.

2          MS. CHAVERRI:  Okay.  However, the main account is

3     under your wife and her social security number?

4          MR. LUTTRELL:  Correct.

5          MS. CHAVERRI:  Okay.  I saw on your schedules, on your

6     liabilities, that there were some DCRA fines.  What was that

7     for?

8          MR. LUTTRELL:  There was a complaint filed by a

9     previous client regarding -- I can't -- I don't exactly

10    remember.  And they fined -- fined Review Development for it.

11         MS. CHAVERRI:  Okay.

12         MR. LUTTRELL:  And me as the owner.

13         MS. CHAVERRI:  I got you.  Okay.  And who is Donohoe

14    Real Estate Services?

15         MR. LUTTRELL:  They were my landlord for my office and

16    shop space.

17         MS. CHAVERRI:  Okay.  And where was that space

18    located?

19         MR. LUTTRELL:  Rockville.

20         MS. CHAVERRI:  And when did you vacate?

21         MR. LUTTRELL:  Well, they kicked me out in 2020.

22         MS. CHAVERRI:  Okay.

23         MR. LUTTRELL:  They chained the doors shut.

24         MS. CHAVERRI:  Were there any other guarantors of that

25    lease besides yourself?

# EXHIBIT "B"

1           IN THE UNITED STATES BANKRUPTCY COURT

2               FOR THE DISTRICT OF COLUMBIA

3    --------------------------x

4    IN RE:                      :

5         JASON LUTTRELL,        :

6               Debtor,  :

7                             :Case No.

8                             :23-00056-ELG

9    --------------------------x

10        Remote Deposition of JASON LUTTRELL

11          Thursday, July 13, 2023

12             10:04 a.m. EST

13

14

15

16

17

18

19

20   Job No. 499965

21   Pages 1 - 69

22   Reported by:  Tina D. McComb

1      Q.      Do you know what this money was used for?

2      A.      I don't.

3      Q.      If we could go to page 3.  Okay.  If we

4  could scroll down a little.  Okay.  Right there.

5  Question number 11.

6              I'm going to represent to you,

7  Mr. Luttrell, that this is your actual bankruptcy

8  petition, the form that initiates your bankruptcy.

9              And question number 11 it says, Do you

10  rent your residence?  And you said no.  Is that

11  correct?

12      A.      Correct.

13      Q.      Do you -- who owns the house that you live

14  in?

15      A.      My wife.

16      Q.      Who pays the mortgage payments on those?

17      A.      I mean I guess we both do.  But

18  technically it's coming out of her bank account.

19      Q.      Right.  And why do you say -- can you

20  explain that answer a little bit further.  How

21  could you both be paying the mortgage if the money

22  is coming out of her bank account?

1    A.    Because we've actually never had a shared

2  bank account.  My funds have been going into that

3  account and then we've been paying the mortgage.

4          So in a sense that like I'm still -- my

5  wages are still contributing to the mortgage, we're

6  both paying for the mortgage.

7    Q.    So because all of your money is going into

8  -- and your wife's name is Annie?

9    A.    Correct.

10   Q.    Is that her real name, Annie, or is that a

11 nickname?

12   A.    That's her real name, Annie.

13   Q.    So because all of your funds go into

14 Annie's bank account.  And then those -- that --

15 you use that bank account to pay the mortgage, you

16 say that you contribute to the mortgage as well as

17 Annie?

18   A.    Correct.

19   Q.    And I guess Annie's funds go into the

20 account as well?

21   A.    That's correct, yeah.

22   Q.    Do you know about what percentage of the

1  funds in the account are yours and about -- I'm

2  asking approximately.  I'm not asking for a fixed

3  number.

4       A.    I mean at this point, it's probably close

5  to 50/50.  Maybe I make a little bit more than she

6  does, so maybe 60/40 at the most.

7       Q.    Around 2020, what percentage would it have

8  been?

9             Prior to the pandemic in 2020, what would

10 you say the percentage would have been?

11            MR. VERSTANDIG:  Object to the form of the

12 question, but you may answer.

13      A.    Probably 40 percent Annie, 60 percent me.

14 BY MR. FASANO:

15      Q.    And your business ended you said around

16 2021?

17      A.    Correct.

18      Q.    At that point, what percentage would it

19 have been for you and for Annie?

20            MR. VERSTANDIG:  Object to the form of the

21 question, but you may answer.

22      A.    50/50.

1    BY MR. FASANO:

2        Q.    But you didn't have any funds that you

3    were putting in at that point, right?

4        A.    I did.  And that's I think where -- so

5    when I got my first W2 job in eight or so years, in

6    2020.  And that's where that flip flop sort of

7    happened, was that the W2 job, it just made sense

8    that the W2 is going to go in this sort of family

9    account, even though my name wasn't on the account.

10       Q.    How do you pay for just regular groceries,

11   or you know, something that you want to buy from a

12   store or something like that without maybe your

13   wife isn't interested in purchasing?

14       A.    Credit card.

15       Q.    Credit card?

16       A.    Yeah.  So we use credit card for

17   everything and then we generally pay it off at the

18   end of every month.

19       Q.    Are those credit cards in your wife's name

20   at this point?

21       A.    Yes.

22       Q.    Prior to your bankruptcy, were the credit

1  cards in your name?

2      A.     No.

3      Q.     When's the last time you had a credit card

4  in your name?

5      A.     Probably 2018, something like that.  I had

6  a Discover card.

7      Q.     Do you have access to a debit card for any

8  of Annie's accounts?

9      A.     I have access to one, yes.

10     Q.     And you use it for shopping and online

11 purchases?

12     A.     Yeah.  I can.  We never use a debit card,

13 but yes.

14     Q.     You're capable, but it's not your general

15 practice?

16     A.     Yes.

17     Q.     Do you have any other accounts like a

18 PayPal account or a Cash App account or anything

19 like that?

20     A.     I do have a PayPal account.

21     Q.     Do you use that routinely?

22     A.     I don't.

1      A.      Yes.

2      Q.      Does she have any other bank accounts?

3      A.      Not that I know of.

4      Q.      What bank account are your wages currently

5  going into?

6      A.      The Schwab checking account.

7      Q.      Have they ever gone into any other

8  account?

9      A.      They have not.

10     Q.      Does your wife have any brokerage

11 accounts?

12     A.      At Schwab, yes.

13     Q.      Have you ever put money into the brokerage

14 accounts at Schwab?

15     A.      Yes.

16     Q.      What did you put into the brokerage

17 accounts?

18     A.      It's mostly just moving money from the

19 checking account to the brokerage account.  We have

20 stocks in the brokerage account.  And I've bought

21 and sold some stocks in there.

22     Q.      About how much is in the brokerage

1    account?

2        A.    About $15,000.  But there's also an IRA.

3    My wife's IRA is also in there.  That's like

4    $40,000.

5        Q.    Does your wife live at your residence as

6    well?

7        A.    She does.

8        Q.    Has she lived there since she purchased

9    the house?

10       A.    Yes.

11       Q.    Have you or your wife ever lived at any

12   other location since you purchased the house?

13       A.    No.

14       Q.    At some point, were you ever afraid of a

15   bank garnishment?

16       A.    The question is, was I afraid of a bank

17   garnishment?

18       Q.    Yes.

19       A.    No.

20       Q.    And why not?

21           MR. VERSTANDIG:  Object to the form of the

22   question, but you may answer.