IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE:<br><br>**JASON DANIEL LUTTRELL,**<br><br>Debtor.<br><br>**SARAH E. KRIEGER TRUST, SARAH E. KRIEGER AND EVAN KLONDAR,**<br><br>Plaintiffs,<br><br>v.<br><br>**JASON DANIEL LUTTRELL,**<br><br>Defendant. | Case No. 23-00056-ELG<br>Chapter 7<br><br><br><br><br><br><br>Adv. Pro. No. 23-10020-ELG |

### CERTIFICATE OF SERVICE

I, Jeffrey Rhodes, hereby certify that on September 23, 2024, true and correct copies of Plaintiffs' Trial Deposition Designations were served to all parties of record via CM/ECF.

**[SIGNATURE PAGE FOLLOWS]**

_____
Katie Lane Chaverri (DC Bar No. 502976)
Jeffrey Rhodes (DC Bar No. 456371)
Tayman Lane Chaverri LLP
2001 L Street NW, Suite 500
Washington, DC 20036
kchaverri@tlclawfirm.com (202-695-8146)
jrhodes@tlclawfirm.com (202-921-4080)

Dated: September 24, 2024              **TAYMAN LANE CHAVERRI LLP**

*/s/ Jeffrey Rhodes*
Katie Lane Chaverri (DC Bar No. 502976)
Jeffrey Rhodes (DC Bar No. 456371)
Tayman Lane Chaverri LLP
2001 L Street NW, Suite 500
Washington, DC 20036
kchaverri@tlclawfirm.com (202-695-8146)
jrhodes@tlclawfirm.com (202-921-4080)

*Counsel to the Sarah E. Krieger Trust, Sarah E. Krieger and Evan Klondar*

2