Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Jason Daniel Luttrell*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | * | |
| JASON DANIEL LUTTRELL, | * | Case No. 23-56-ELG |
| Debtor. | * | (Chapter 7) |
| * * * * * * | * | * * * * * |
| SARAH E. KRIEGER TRUST, et al., | * | Adv. Pro. 23-10020-ELG |
| Plaintiffs, | * | |
| v. | * | |
| JASON DANIEL LUTTRELL, | * | |
| Defendant. | * | |
| * * * * * * | * | * * * * * |

**Stipulation of Dismissal with Prejudice**

Come now Jason Daniel Luttrell, and Sarah E. Krieger, Evan Klondar and the Sarah E. Krieger Trust, by and through respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and stipulate to the dismissal of this action, with prejudice.

*[Signatures on Following Page]*

1

                                              Respectfully submitted,

Dated: June 24, 2025          By:    /s/ Maurice B. VerStandig
                                                    Maurice B. VerStandig, Esq.
                                                      Bar No. MD18071
                                                      The Belmont Firm
                                                      1050 Connecticut Avenue, NW, Suite 500
                                                      Washington, DC 20036
                                                      Phone: (202) 991-1101
                                                      mac@dcbankruptcy.com
                                                      *Counsel for the Debtor*

                                                      /s/ Jeffrey Rhodes (signed w/ express permission)
                                                      Jeffrey Rhodes, Esq.
                                                      Tayman Lane Chaverri LLP | Attorneys at Law
                                                      2001 L Street, NW, Suite 500
                                                      Washington, DC 20036
                                                      T: (202) 921-4080
                                                      jrhodes@tlclawfirm.com
                                                      *Counsel for the Plaintiffs*